PARKER v. DENNETT SURPASSING COFFEE CO.

(Supreme Court, Appellate Term.  December 28, 1899.)

JUDGMENT—JURISDICTION OF PARTIES—RESIDENCE.
   A record containing neither averment nor proof of defendant's residence
   does not show jurisdiction of the municipal court, and will not sustain a
   judgment.

Appeal from municipal court, borough of Manhattan, First district.

Action by Robert B. Parker against Dennett Surpassing Coffee Company.  From a judgment for plaintiff, defendant appeals.  Reversed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

Lucius A. Waldo, for appellant.

Henry H. McCorkle, for respondent.

PER CURIAM.  The record contains neither averment nor proof of the defendant's residence.  This defect is jurisdictional, and the judgment must be reversed.

Judgment reversed, and a new trial ordered, with costs to appellant to abide event.